**Stephen P. Yoshida, OSB No. 044588**
syoshida@mblglaw.com
**David W. Cramer, OSB No. 113621**
dcramer@mblglaw.com
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015

　　Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MELANIE LOVELAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BALJINDER SINGH and NORTHWEST FREIGHTWAY INC., a California corporation,<br><br>　　　　Defendants. | Case No. 3:22-cv-01447-SB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Upon stipulation of the parties, this matter is DISMISSED with prejudice, with each side to bear their own costs and attorney fees.

　　DATED: __December 5_____, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Stacie F. Beckerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1 -   ORDER OF DISMISSAL WITH PREJUDICE

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR  97204
Telephone: 503-914-2015